UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.   CASE NO. 8:15-CR-308-T-17TGW

EMMA JUDITH CALVO.

_____/

ORDER

This cause is before the Court on:

Dkt. 397   Notice Withdrawing Motion to Suppress Filed by Former Counsel

Defendant Emma Judith Calvo has filed Defendant's Notice seeking to withdraw the pending Motion to Suppress (Dkt. 221), and requests that the hearing scheduled before the assigned Magistrate Judge on December 23, 2016 at 1:30 p.m. be cancelled.

After consideration, the Court grants leave to Defendant Calvo to file a motion to suppress within thirty days of the date of this Order. The Motion to Suppress filed by former counsel (Dkt. 221) is deemed withdrawn, and the Clerk of Court shall terminate the Motion to Suppress (Dkt. 221). Accordingly, it is

**ORDERED** that the Court **grants leave** to Defendant Calvo to file a motion to suppress **within thirty days of the date of this Order.** The Motion to Suppress (Dkt. 221) filed by former counsel is **deemed withdrawn**, and the Clerk of Court **shall terminate** the Motion to Suppress (Dkt. 221).

Case No. 8:15-CR-308-T-17TGW

**DONE and ORDERED** in Chambers in Tampa, Florida on this 9th day of December, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Honorable Thomas G. Wilson
United States Magistrate Judge