UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:15-cr-308-T-17TGW

EMMA JUDITH CALVO

### **FINAL ORDER OF FORFEITURE**

The United States moves, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Final Order of Forfeiture for the following assets:

- a. Approximately $62,273.00 in United States Currency seized on September 2, 2015; and

- b. Royal Sovereign electric money counter, Serial Number K10C03169815.

On June 21, 2017, the Court entered a Preliminary Order of Forfeiture for the assets described above, pursuant to 21 U.S.C. § 853. Doc. 489.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from June 22, 2017 through July 21, 2017. Doc. 506. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle

District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.

In accord with 21 U.S.C. § 853(n), the United States properly noticed the only person known to have a potential interest in the assets, Nicole Velasquez. Other than the defendant, whose interest was previously forfeited to the United States, and Nicole Velasquez (who did not file a claim), no other person filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

CASE NO. 8:15-CR-308-T-17TGW

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 18 day of November, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

3